## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | INDICTMENT NO. 5:08-CR- 35-HL |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 371 |
| BENJAMIN FINNEY | : | 18 U.S.C. § 922(a)(6) |
| KOKETHIA SLEDGE a/k/a "KOKO" | : | 18 U.S.C. § 922(g)(1) |
| BOBBY MACK | : | 18 U.S.C. § 924(a)(2) |
| and | : | 21 U.S.C. § 844 |
| MARLON JACKSON | : | |
| | : | |

## THE GRAND JURY CHARGES:

## COUNT ONE
## (CONSPIRACY)

### A.    The Conspiracy

1.    Beginning on or about September 1, 2007, and continuing thereafter until about March 30, 2008, the exact dates being unknown to the Grand Jury, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendants herein,

## BENJAMIN FINNEY,
## KOKETHIA SLEDGE a/k/a "KOKO"
## and
## BOBBY MACK,

aided and abetted by each other and by other unindicted co-conspirators known and unknown to the Grand Jury, knowingly combined, conspired, confederated and agreed together and with each other:

2.     To, in connection with the purchase and acquisition of firearms from federally licensed firearms dealers, knowingly make, and cause the making of, false and fictitious written statements regarding who was the true buyer and true purchaser of all of the firearms purchased, which statements were intended and likely to deceive said dealers with respect to facts material to the lawfulness of the sale of the firearms in violation of Title 18, United States Code, Section 922(a)(6);

3.     The primary purpose of the conspiracy was to obtain firearms for a prohibited person so that the firearms could be possessed and used in criminal activity.

**B.     Overt Acts**

4.     In furtherance of the conspiracy and to effect the objects thereof, the defendants and their unindicted co-conspirators committed the below listed transactions on the dates and at the locations noted:

| DATE PURCHASED | PURCHASER | DEALER | FIREARMS PURCHASED | LOCATION OF SALE |
|---|---|---|---|---|
| 09/17/07 | Kokethia Sledge | Arvin's Pawn Shop, Macon, GA | a. Glock Model 19, 9mm semiautomatic pistol, serial number HVA601 b. Glock Model 19, 9mm semiautomatic pistol, serial number HVC328 | Macon, GA |
| 10/17/07 | Kokethia Sledge | Howard's Pawn, Macon, GA | a. Bushmaster, XM15-E2S, .223 rifle, serial number BFI524468 | Macon, GA |

-2-

| DATE PURCHASED | PURCHASER | DEALER | FIREARMS PURCHASED | LOCATION OF SALE |
|---|---|---|---|---|
| 11/09/07 | Bobby Mack | Howard's Pawn, Macon, GA | a. Bushmaster, XM15-E2S, .223 rifle, serial number BFI523745 b. Bushmaster, XM15-E2S, .223 rifle, serial number L458187 | Macon, GA |
| 02/08/08 | Kokethia Sledge | Arvin's Pawn Shop, Macon, GA | a. Glock Model 22, .40 caliber semiautomatic pistol, serial number LGN733 b. Glock Model 22, .40 caliber semiautomatic pistol, serial number LKC233 | Macon, GA |

5. On or about the dates mentioned above, defendants **KOKETHIA SLEDGE a/k/a "KOKO" and BOBBY MACK** and others purchased the semiautomatic firearms mentioned above from the above-mentioned Federal Firearms Licensee.

6. **KOKETHIA SLEDGE a/k/a "KOKO" and BOBBY MACK** and others executed an ATF 4473 Firearms Transaction Record on each date mentioned for the purchase of the firearms.

7. In the aforesaid ATF 4473 Firearms Transaction Records, each coconspirator stated that she/he was the true purchaser and buyer of the above listed firearms.

8. Each of the defendants and conspirators knew and had reason to believe that the purpose of the purchases was so that **BENJAMIN FINNEY,** a prohibited person, could possess said firearms without having to undergo the background check which would have

-3-

prevented his acquisition and possession of said firearms.

9. On January 20, 2008, **BENJAMIN FINNEY** was present at a residence located at 1143 Lawton Avenue, Macon, GA. A group of individuals had gathered to watch a football game. **FINNEY** and **BOBBY MACK** were both present at the residence. While the group was gathered, an individual entered the residence with a rifle and began shooting. **FINNEY** responded by firing back with a Glock 9mm. **MACK** observed **FINNEY** firing back with the Glock 9mm pistol.

10. In Counts Two through Five hereinafter, these acts are realleged and made a part of this Count; all violation of Title 18, United States Code, Section 371.

## COUNTS TWO - FOUR
## (FALSE STATEMENTS TO PURCHASE FIREARMS – SLEDGE/FINNEY)

### THE GRAND JURY FURTHER CHARGES THAT:

1. The General Allegations of Count One are hereby incorporated into this count as if fully set forth herein.

2. On or about the following dates, in the Middle District of Georgia, and within the jurisdiction of this Court, defendant **KOKETHIA SLEDGE a/k/a "KOKO"** , aided, abetted, counseled and commanded by, defendant **BENJAMIN FINNEY** and others, in connection with the acquisition of the following firearms from the following federally licensed firearms dealers, did knowingly and willfully make false and fictitious written statements, to wit: that she was the buyer and true purchaser of all of the firearms purchased, when in fact the firearms were purchased for defendant **BENJAMIN FINNEY**, which statements were intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale of said firearms, as follows:

-4-

| COUNT | DATE | FFL | FIREARMS | LOCATION OF SALE |
|-------|------|-----|----------|------------------|
| 2 | 9/17/07 | Arvin's Pawn Shop, Macon, GA | a. Glock Model 19, 9mm semiautomatic pistol, serial number HVA601<br>b. Glock Model 19, 9mm semiautomatic pistol, serial number HVC328 | Macon, GA |
| 3 | 10/17/07 | Howard's Pawn, Macon, GA | a. Bushmaster, XM15-E2S, .223 rifle, serial number BFI524468 | Macon, GA |
| 4 | 02/08/08 | Arvin's Pawn Shop, Macon, GA | a. Glock Model 22, .40 caliber semiautomatic pistol, serial number LGN733<br>b. Glock Model 22, .40 caliber semiautomatic pistol, serial number LK233 | Macon, GA |

in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT FIVE
## (FALSE STATEMENT TO PURCHASE FIREARMS – MACK/FINNEY)

### THE GRAND JURY FURTHER CHARGES THAT:

1. The General Allegations of Count One are hereby incorporated into this count as if fully set forth herein.

2. On or about the following dates, in the Middle District of Georgia, and within the jurisdiction of this Court, defendant **BOBBY MACK**, aided, abetted, counseled and commanded by defendant **BENJAMIN FINNEY** and others, in connection with the acquisition of the following firearms from the following federally licensed firearms dealers, did knowingly and willfully make false and fictitious written statements, to wit: that he was the buyer and true purchaser of all of the firearms purchased, when in fact the firearms were purchased for defendant **BENJAMIN FINNEY**, which statements were intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale of

-5-

said firearms, as follows:

| COUNT | DATE | FFL | FIREARMS | LOCATION OF SALE |
|-------|------|-----|----------|------------------|
| 5 | 11/09/07 | Howard's Pawn, | a. Bushmaster, XM15-E2S, .223 | Macon, GA |
| | | Macon, GA | rifle, serial number BFI523745 | |
| | | | b. Bushmaster, XM15-E2S, .223 rifle, | |
| | | | serial number L458187 | |

in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT SIX
## (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about March 8, 2008, in the Macon Division of the Middle District of

Georgia and elsewhere within the jurisdiction of this Court,

### BENJAMIN FINNEY,

aided and abetted by

### KOKETHIA SLEDGE a/k/a "KOKO"

and by others, both known and unknown to the Grand Jury, having been convicted of a

crime punishable by imprisonment for a term exceeding one (1) year, did knowingly receive

and possess a firearm which had previously been shipped and transported in interstate and

foreign commerce, to wit: one Glock, Model 22, .40 caliber pistol, serial number LKC233;

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) and Title

18, United States Code, Section 2.

## COUNT SEVEN
## (POSSESSION OF COCAINE)

That on or about March 8, 2008, in the Macon Division of the Middle District of

Georgia and elsewhere within the jurisdiction of this Court, defendant herein,

**BENJAMIN FINNEY**,

did knowingly, unlawfully and willfully possess a Schedule II controlled substance, to-wit: cocaine, all in violation of Title 21 United States Code Section 844.

## COUNT EIGHT
## (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about February 11, 2008, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**BENJAMIN FINNEY**,

aided and abetted by

### KOKETHIA SLEDGE a/k/a "KOKO"

and by others, both known and unknown to the Grand Jury, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly receive and possess a firearm which had previously been shipped and transported in interstate and foreign commerce, to wit: one Glock, Model 19, 9mm pistol, serial number HVC328 and one Glock, Model 22, .40 caliber pistol, serial number LGN733; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) and Title 18, United States Code, Section 2.

## COUNT NINE
## (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about March 14, 2008, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**BENJAMIN FINNEY**,

aided and abetted by

## BOBBY MACK and MARLON JACKSON,

and by others, both known and unknown to the Grand Jury, having been convicted of a

crime punishable by imprisonment for a term exceeding one (1) year, did knowingly receive

and possess a firearm which had previously been shipped and transported in interstate and

foreign commerce, to wit:  one Bushmaster, Model XM15-E2S, .223 caliber rifles, serial

number L458187; all in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2) and Title 18, United States Code, Section 2.

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _____day of _____, AD 2008.

_____
Deputy Clerk

-8-